UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JESSIE LEE HAMM** | **CIVIL ACTION** |
| versus | **NO. 15-5012** |
| **WARDEN KEITH DEVILLE** | **SECTION: "E" (3)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the petitioner's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the petition for federal habeas corpus relief filed by **Jessie Lee Hamm** is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana this 22nd day of March, 2017.

_Susie Morgan_
**UNITED STATES DISTRICT JUDGE**